# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1750.  GRIFFIN BUILDERS, et al. v. SYNOVUS BANK.**

On May 20, 2011, the trial court entered an order granting summary judgment to the defendant in this civil action.  In March 2012, the plaintiffs moved for an out-of-time appeal, claiming that they never received a copy of the summary judgment order.  The trial court promptly granted the motion, and on March 23, 2012, the plaintiffs filed a notice of appeal.  We, however, lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days after entry of an appealable order.  The plaintiffs filed their notice of appeal 304 days after the trial court entered the order that they seek to appeal.  Although the plaintiffs received permission to file an out-of-time appeal, an out-of-time appeal is a judicially created remedy that is limited to criminal cases.  See, e. g., *Cody v. State*, 277 Ga. 553 (592 SE2d 419) (2004).  Out-of-time appeals are not permitted in civil cases.  See *Woodall v. Woodall*, 248 Ga. 172, 173 (281 SE2d 619) (1981).  Thus, this appeal is untimely and is DISMISSED for lack of jurisdiction.[1]

---

[1] If, as they claim, the plaintiffs' appeal rights have been frustrated due to the trial court's failure to notify them of its ruling, their remedy is to seek to have the order set aside and re-entered in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/22/2012

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*